IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY KNAPP,<br><br>    Plaintiff,<br><br>  vs.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants.<br>_____/ | 1:08-cv-01779-WMW (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT<br><br>(Motion#17)<br><br>30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 27, 2009, plaintiff filed a motion to extend time to file First Amended Complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file First Amended Complaint.

IT IS SO ORDERED.

**Dated:  May 4, 2009**           **/s/ William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE