IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY KNAPP, | No. 1:08-cv-01779-SKO (PC) |
| Plaintiff, | <u>ORDER</u> |
| vs. | |
| MATTHEW CATE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff "Eric Charles Rodney Knapp ("Plaintiff") is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The Court finds that appointment of counsel for Plaintiff is warranted for the limited purpose of providing Plaintiff with assistance to present his argument for a Temporary Restraining Order and, if appropriate, drafting and filing an amended complaint. Amy K. Guerra has been selected by random draw from the court's pro bono attorney panel to represent Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Amy K. Guerra is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of providing Plaintiff with assistance in presenting his argument for a Temporary Restraining Order, and if appropriate, drafting and filing an amended complaint.

2. Amy K. Guerra has forty-five (45) days from the date of service of this order in which to file a motion for a temporary restraining order or, in the alternative, informing the Court that no such motion or amended complaint will be forthcoming. Ms. Guerra has sixty (60) days from the date of service of this order in which to file an amended complaint. Ms. Guerra's appointment will terminate when the defendants have filed an answer to Plaintiff's complaint.

3. Amy K. Guerra shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

4. If Plaintiff agrees to be represented by counsel, counsel shall file a Notice of Association of Counsel within thirty (30) days of this order. If Plaintiff rejects the appointment of counsel, counsel shall notify the court in writing within thirty (30) days and counsel will be allowed to withdraw so Plaintiff may proceed pro se.

5. The Clerk of the Court is directed to serve a copy of this order upon Amy K. Guerra at the Law Office of Amy K. Guerra, 2014 Tulare Street, Suite # 310, Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   February 11, 2011           /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE