# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY KNAPP, | CASE NO. 1:08-cv-01779-SMS PC |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| MATTHEW CATE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Court finds that appointment of counsel for Plaintiff is warranted for the limited purpose of assisting Plaintiff in presenting his argument for a Temporary Restraining Order and, if appropriate, drafting and filing an amended complaint. Maurice M. Javier has been selected by random draw from the Court's pro bono attorney panel to represent Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Maurice M. Javier is appointed limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff in presenting his argument for a Temporary Restraining Order, and if appropriate, drafting and filing an amended complaint.

2.  Maurice M. Javier has forty-five (45) days from the date of service of this order in which to file a motion for a temporary restraining order, or in the alternative, informing the Court that no such motion or amended complaint will be forthcoming.  Mr. Javier has sixty (60) days from the date of service of this order in which to file an amended complaint.  Mr. Javier's appointment will terminate when Defendants have filed an answer to Plaintiff's complaint.

3.  Maurice M. Javier shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4.  If Plaintiff agrees to be represented by counsel, counsel shall file a Notice of Association of Counsel within thirty (30) days of this order.  If Plaintiff rejects the appointment of counsel, counsel shall notify the Court in writing within thirty (30) days and counsel will be allowed to withdraw so Plaintiff may proceed pro se.

5.  The Clerk of the Court is directed to serve a copy of this order upon Maurice M. Javier, Law Office of Maurice M. Javier, 1314 West Glenoaks Boulevard, Suite # 105, Glendale, California 91201.

IT IS SO ORDERED.

**Dated:   April 16, 2011**            **/s/ Sandra M. Snyder**
                               UNITED STATES MAGISTRATE JUDGE