1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ERIC CHARLES RODNEY KNAPP,             CASE NO. 1:08-cv-01779-SMS PC

10                    Plaintiff,          ORDER STRIKING DUPLICATE MOTION

11        v.                              (ECF No. 65)

12  MATTHEW CATE, et al.,

13                    Defendants.
                                    /
14

15        Plaintiff Eric Charles Rodney Knapp ("Plaintiff"), a state prisoner proceeding pro se and in

16  forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 20, 2008.

17  On August 22, 2011, Plaintiff filed a motion for reconsideration of the screening order.  An order

18  issued on August 24, 2011, denying Plaintiff's motion for reconsideration.  On August 25, 2011, a

19  duplicate motion for reconsideration was filed.

20        It is HEREBY ORDERED that Plaintiff's motion for reconsideration, filed August 25, 2011,

21  is STRICKEN from the record as duplicative.

22        IT IS SO ORDERED.

23  **Dated:    August 26, 2011**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28