1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   ERIC CHARLES RODNEY KNAPP,              CASE NO. 1:08-cv-01779-BAM PC

10                          Plaintiff,       ORDER DIRECTING DEFENDANTS KOENIG,
                                             PATE, OTTO, BACKLUND, ROBERSON,
11        v.                                 CLAY, GIBB, HANNAH, SEMSEN, LYONS,
                                             AND ESQUER TO FILE RESPONSIVE
12   MATTHEW CATE, et al.,                   PLEADING

13                          Defendants.      THIRTY-DAY DEADLINE
                                        /
14

15        Plaintiff Eric Charles Rodney Knapp ("Plaintiff"), a state prisoner proceeding pro se and in

16   forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 12132 (the

17   Americans with Disabilities Act (ADA)), and 29 U.S.C.§ 794 (Rehabilitation Act (RA)) on

18   November 20, 2008.  On August 31, 2011, an order issued directing the United States Marshall to

19   serve the third amended complaint on Defendants Koenig, Pate, Otto, Backlund, Roberson, Clay,

20   Gibb, Hannah, Semsen, Lyons, and Esquer.  (ECF No. 68.)  On September 22, 2011, waivers of

21   service were returned executed for Defendants Esquer, Hannah, Koenig, Lyons, and Pate.  (ECF No.

22   70.)  On October 6, 2011, waivers of service were returned executed for Defendants Backlund and

23   Otto.  (ECF Nos. 73, 74.)  On October 31, 2011, waivers of service were returned executed for

24   Defendants Clay, Gibb, and Semsen.  (ECF No. 76.)  On November 18, 2011, a waiver of service

25   was returned executed for Defendant Roberson.  (ECF No. 78.)

26        As of this date, no defendant has filed an answer or other responsive pleading.  Accordingly,

27   it is HEREBY ORDERED that Defendants Koenig, Pate, Otto, Backlund, Roberson, Clay, Gibb,

28   Hannah, Semsen, Lyons, and Esquer shall file an answer to the complaint or other responsive

1

1  pleading within thirty (30) days from the date of service of this order.

2      IT IS SO ORDERED.

3  **Dated:**   **December 20, 2011**             **/s/ Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE

2