# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY KNAPP,<br><br>           Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:08-cv-01779-BAM PC<br><br>ORDER STRIKING DUPLICATE SCHEDULING ORDER<br><br>(ECF No. 93) |

   Plaintiff Eric Charles Rodney Knapp ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis, in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed an answer to the complaint and on March 5, 2012, two scheduling orders issued in error. Accordingly, it is HEREBY ORDERED that the duplicate scheduling order (ECF No. 93) is STRICKEN FROM THE RECORD.

   IT IS SO ORDERED.

   Dated:   March 6, 2012              /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

1