**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHARLES RODNEY KNAPP, | CASE NO. 1:08-cv-01779-BAM PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO CONSENT OR DECLINE THE JURISDICTION OF THE MAGISTRATE JUDGE |
| v. | |
| MATTHEW CATE, et al., | RESPONSE DUE WITHIN 10 DAYS |
| Defendants. | |

Plaintiff Eric Charles Rodney Knapp ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the third amended complaint, filed September 29, 2010, against Defendants Koenig, Pate, Otto, Backlund, Roberson, Caly, Gibb, Hannah, Semsen, Lyons, and Esquer for deliberate indifference to Plaintiff's need for single cell status in violation of the Eighth Amendment. On December 1, 2008, Plaintiff consented to the jurisdiction of the Magistrate Judge. (ECF No. 5.) As of this date, Defendants have not consented to or declined the jurisdiction of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send to Defendants Koenig, Pate, Otto, Backlund, Roberson, Caly, Gibb, Hannah, Semsen, Lyons, and Esquer a copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

2. Within 10 days from the date of service of this order, Defendants Koenig, Pate, Otto, Backlund, Roberson, Caly, Gibb, Hannah, Semsen, Lyons, and Esquer shall complete

and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated:   May 29, 2012                              /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE