# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ERIC CHARLES RODNEY KNAPP,

              Plaintiff,

    v.

MATTHEW CATE, et al.,

              Defendants.

_____/

CASE NO. 1:08-cv-01779-AWI-BAM PC

ORDER GRANTING DEFENDANTS REQUEST AND TERMINATING ATTORNEYS RICHES AND HENDRICKSON FROM SERVICE LIST

(ECF No. 110)

    Plaintiff Eric Charles Rodney Knapp ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 14, 2012, Defendants filed a request to terminate attorneys Riches and Hendrickson as they are no longer associated with this action.  Accordingly, it is HEREBY ORDERED that Defendants' request is GRANTED and the Clerk of the Court is directed to terminate attorneys Riches and Hendrickson from the service list in this action.

    IT IS SO ORDERED.

**Dated:**   **June 15, 2012**         /s/ **Barbara A. McAuliffe**
                                  UNITED STATES MAGISTRATE JUDGE